COMMONWEALTH of Pennsylvania, Respondent

v.

Aki JONES, Petitioner

No. 511 EAL 2016

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Antoine BENNETT, Petitioner

No. 51 EAL 2017

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

**AND·NOW,** this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**